# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | |
| v.    : | CR. NO. 15-157 |
| : | |
| ANTHONY VETRI    : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdrawal my appearance as counsel for defendant Anthony Vetri in the above matter.

                                                    `/S/`_____
                                                    Peter J. Scuderi, Esquire
                                                    Attorney for Defendant Anthony Vetri
                                                    121 South Broad Street
                                                    Suite 1400
                                                    Philadelphia, PA 19017
                                                    215-546-5650
                                                    215-845-5154 (fax)
                                                    E-mail: pscu1420@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing withdrawal of appearance was served upon counsel electronically.

/s/
Peter J. Scuderi, Esquire

Dated: November 15, 2017