# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY VETRI | CRIMINAL ACTION<br>NO. 15-157-2 |

## ORDER

**AND NOW**, this 5th day of December 2022, upon consideration of Anthony Vetri's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF 362) and Supplement (ECF 378), the Government's Response (ECF 373), Vetri's Reply (ECF 382), the Government's Sur-Reply (ECF 379), Vetri's Response (ECF 385) and the parties' supplemental briefing as to claims two and three in Vetri's Petition (ECF 398, 399, 403), and after an evidentiary hearing on claims two and three (ECF 418), it is hereby **ORDERED**:

1. Vetri's § 2255 Petition is **DENIED.**

2. A certificate of appealability **SHALL NOT** be issued.  The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.